■ AUDREY H. EISEN, Respondent, v CITY OF NEW YORK, Defendant, and NEW YORK CITY TRANSIT AUTHORITY et al., Appellants. [679 NYS2d 297] —Order, Supreme Court, New York County (Louis York, J.), entered on or about July 1, 1997, which denied defendants-appellants' motion for summary judgment dismissing the complaint and cross-claims against them, unanimously affirmed, without costs.

Because it was dark at the time of the occurrence, questions of fact exist as to whether defendant provided plaintiff with a reasonably safe place to alight (*compare, Blye v Manhattan & Bronx Surface Tr. Operating Auth.*, 124 AD2d 106, *affd* 72 NY2d 888; *Diedrick v City of New York*, 162 AD2d 496; *Otonoga v City of New York*, 234 AD2d 592). Defendants, as proponents of a summary judgment motion, failed to meet their burden of tendering evidentiary proof in admissible form sufficient to establish their entitlement to judgment as a matter of law by demonstrating, *inter alia*, that an alternative safe path was available and that plaintiff knowingly chose a hazardous path (*see, Connolly v Rogers*, 195 AD2d 649, 651). Concur—Lerner, P. J., Sullivan, Rosenberger, Ellerin and Rubin, JJ.